## STATE of Missouri, ex rel., MISSOURI HIGHWAY AND TRANSPORTATION COMMISSION, Respondent,

v.

## R.W. JACOBSMEYER et al., Exceptions of Michael Bailey, Appellant.

### No. 63845.

Missouri Court of Appeals,
Eastern District,
Division Two.

April 18, 1995.

Joe Bill Carter, Kirkwood, for appellant.

Paul R. Sterrett, Chesterfield, for respondent.

Before SMITH, P.J., and PUDLOWSKI and WHITE, JJ.

### ORDER

PER CURIAM.

Michael Bailey appeals from a judgment entered on a jury verdict awarding damages of $92,000 in this condemnation case. We have read the briefs and reviewed the legal

file and transcript. We find no error of law and no jurisprudential purpose would be served by an extended written opinion. The judgment is affirmed in accordance with Rule 84.16(b).